```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       WESTERN DIVISION
```

CHARLES EDWARD SCRIVENS                                    PETITIONER

VS.                         CIVIL ACTION NO. 5:10-cv-97(DCB)(RHW)

BRUCE PEARSON, Warden                                      RESPONDENT

                               ORDER

This cause is before the Court on the Report and Recommendations of Magistrate Judge Robert H. Walker **(docket entry 25)** in which he recommends that the petitioner's request for relief be denied and his petition pursuant to 28 U.S.C. § 2241 be dismissed. The Court previously denied the petitioner's request for injunctive relief (docket entry 23). Now, having carefully considered the petitioner's § 2241 habeas corpus petition, and the report and recommendations of the magistrate judge, to which no objections were made by the petitioner, and being fully advised in the premises, the Court finds that the petition should be denied for the reasons set forth in said report and recommendations.

Accordingly,

IT IS HEREBY ORDERED that the Report and Recommendations of United States Magistrate Judge Robert H. Walker **(docket entry 25)** is adopted as the findings of this Court;

FURTHER ORDERED that the petitioner's Petition Pursuant to 28 U.S.C. § 2241  (docket entry 1) is DENIED.

A final judgment dismissing the petition in accordance with

Rule 58 of the Federal Rules of Civil Procedure shall follow.

SO ORDERED, this the 28th day of February, 2012.

/s/ David Bramlette<br>UNITED STATES DISTRICT JUDGE